# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jones, David E. | Eastern District of Wisconsin | 12/15/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time U.S. Magistrate Judge | ☐ Nomination  Date<br>☑ Initial  ☐ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>08/04/2015 |

**7. Chambers or Office Address**

Chambers of David E. Jones
U.S. District Court
517 E. Wisconsin Avenue
Milwaukee, WI 53202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 06/18/2015 | Perkins Coie Termination of Partnership Agreement |
| 2. 10/01/2008 | Perkins Coie Partnership Agreement |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | 2014 | Perkins Coie - Partner draw from 01/01/2014 to 12/31/2014 | $446,299.00 |
| 3. | 2015 | Pkerins Coie - Partner draw from 01/01/2015 to 06/18/2015 | $161,511.00 |
| 4. | 2013 | Perkins Coie - Partner draw from 01/01/2013 to 12/31/2013 | $449,358.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | 2014 | University of Wisconsin Hospital System - salary |
| 3. | 2015 | University of Wisconsin Hospital System - salary |
| 4. | 2013 | University of Wisconsin Hospital System - salary |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | Discover Card | Credit Card | None |
| 3. | USAA | Credit Card | None |
| 4. | | | |
| 5. | | | |

| Description of Assets | Income During Period Amount | Type | Gross value at end of reporting period Value Code | Value Method | Transactions During Period Type | Date | Value | Gain | Buyer/Seller |
|---|---|---|---|---|---|---|---|---|---|
| 1 TD Ameritrade Revocable Trust Account #1 (H) | | | | | | | | | |
| 2 -Cash Equivalent (FDIC Insured Account) | A | Interest | J | T | | | | | |
| 3 -FPA Capital Mutual Fund | A | Dividend | K | T | | | | | |
| 4 -Longleaf Partners Small Cap Mutual Fund | | None | K | T | | | | | |
| 5 -Gabelli Equity Income Mutual Fund | A | Dividend | K | T | Sold (part) | 1/27/2015 | J | | |
| 6 | | | | | Sold (part) | 4/22/2015 | J | | |
| 7 | | | | | Sold (part) | 7/24/2015 | J | | |
| 8 -Gabelli Asset Mutual Fund | | None | K | T | | | | | |
| 9 -Davis New York Fund A Mutual Fund | C | Dividend | K | | | | | | |
| 10 -Powershares FTSE RAFI US 1000 ETF | A | Dividend | K | T | | | | | |
| 11 -Selected American Shares S Mutual Fund | B | Dividend | J | T | | | | | |
| 12 -Hartford Capital Appreciation A Mutual Fund | | None | L | T | | | | | |
| 13 -Oppenheimer Global A Mutual Fund | | None | K | T | | | | | |
| 14 -Tweedy Browne Worldwide High Dividend Yield Value Mutual Fund | A | Dividend | K | T | | | | | |
| 15 -Brandes Emerging Markets S Mutual Fund | A | Dividend | J | T | | | | | |
| 16 -Oppenheimer Developing Markets A Mutual Fund | | None | J | T | | | | | |
| 17 -American Funds Limited Term Tax Exempt Bond Fund F-1 Mutual Fund | A | Interest | K | T | | | | | |
| 18 -American Funds Limited Term Tax Exempt Bond Fund F-2 Mutual Fund | A | Interest | J | T | | | | | |
| 19 -AMG GW&K Municipal Bond I Mutual Fund | B | Interest | L | T | | | | | |
| 20 -Thornburg Limited Term Municipal Fund I Mutual Fund | A | Interest | J | T | | | | | |
| 21 TD Ameritrade IRA (H) | | | | | | | | | |
| 22 -Cash Equivalent (FDIC Insured Account) | A | Interest | J | T | | | | | |
| 23 -FPA Capital Mutual Fund | A | Dividend | L | T | | | | | |
| 24 -Gabelli Asset Mutual Fund | | None | L | T | | | | | |
| 25 -PIMCO Fundamental Plus D Mutual Fund | B | Dividend | L | T | | | | | |
| 26 -American Funds Growth Fund of America F-1 | A | Dividend | J | T | Sold (part) | 1/27/2015 | J | | |
| 27 | | | | | Sold (part) | 4/22/2015 | J | | |
| 28 | | | | | Sold (part) | 7/24/2015 | J | | |
| 29 -Hartford Capital Appreciation A Mutual Fund | | None | K | T | | | | | |
| 30 -Oppenheimer Global A Mutual Fund | | None | K | T | | | | | |
| 31 -Tweedy Browne Global Value Mutual Fund | | None | K | T | | | | | |
| 32 -American Funds New World F-1 | | None | K | T | | | | | |
| 33 -Brandes Emerging Markets S Mutual Fund | A | Dividend | J | T | | | | | |
| 41 -Oppenheimer Developing Markets A Mutual Fund | | None | J | T | | | | | |
| 42 -FPA Crescent Mutual Fund | A | Dividend | K | T | | | | | |
| 43 -PIMCO All Asset All Authority D Mutual Fund | A | Dividend | K | T | | | | | |
| 44 -Brandes Core Plus Fixed Income E Mutual Fund | A | Interest | K | T | | | | | |
| 45 -Goldman Sachs Local Emerging Markets Debt A Mutual Fund | A | Interest | K | T | | | | | |
| 46 -PIMCO Income Fund D Mutual Fund | A | Interest | K | T | | | | | |
| 47 -FPA New Income Mutual Fund | A | Interest | K | T | | | | | |
| 49 TD Ameritrade ▨ IRA (H) | | | | | | | | | |
| 50 -Cash Equivalent (FDIC Insured Account) | A | Interest | J | T | | | | | |
| 51 -FPA Capital Mutual Fund | A | Dividend | J | T | | | | | |
| 52 -Gabelli Asset Mutual Fund | | None | J | T | | | | | |
| 53 -PIMCO Fundamental Plus D Mutual Fund | A | None | J | T | | | | | |
| 54 -American Funds Growth Fund of America F-1 | | None | J | T | Sold (part) | 1/27/2015 | J | | |
| 55 | | | | | Sold (part) | 4/22/2015 | J | | |
| 56 | | | | | Sold (part) | 7/24/2015 | J | | |
| 57 -Hartford Capital Appreciation A Mutual Fund | | None | K | T | | | | | |
| 58 -Oppenheimer Global A Mutual Fund | | None | K | T | | | | | |
| 59 -Tweedy Browne Global Value Mutual Fund | | None | J | T | | | | | |
| 60 -Brandes Emerging Markets S Mutual Fund | A | Dividend | J | T | | | | | |
| 61 -Oppenheimer Developing Markets A Mutual Fund | | None | J | T | | | | | |
| 62 -Goldman Sachs Local Emerging Markets Debt A Mutual Fund | A | Interest | J | T | | | | | |
| 63 -FPA New Income Mutual Fund | A | Interest | J | T | | | | | |

| # | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 64 | | | | | | | | |
| 65 | American Funds CollegeAmerica 529 Plan (H) | | | | | | | |
| 66 | -Short-Term Bond Fund of America 529F-1 Mutual Fund | A | Interest | J | | T | Sold (part) | 1/9/2015 | J |
| 67 | | | | | | | Sold (part) | 2/10/2015 | J |
| 68 | | | | | | | Sold (part) | 2/11/2015 | J |
| 69 | UW Credit Union Money Market Savings Account | A | Interest | M | | T | | | |
| 70 | UW Credit Union Check & Savings Accounts | A | Interest | K | | T | | | |
| 71 | Perkins Coie Vanguard 401(k) Retirement Plan | | | | | | | | |
| 72 | -Vanguard International Value Fund | A | Dividend | K | | T | | | |
| 73 | -Vanguard PRIMECAP Fund Admiral | C | Dividend | L | | T | | | |
| 74 | -Vanguard Windsor II Fund Admiral | C | Dividend | L | | T | | | |
| 75 | -Harbor Capital Appreciation Inst | C | Dividend | L | | T | | | |
| 76 | -T. Rowe Price Small Cap Value | B | Dividend | K | | T | | | |
| 77 | -American Funds EuroPacific Growth R6 | A | Dividend | K | | T | | | |
| 78 | -Vanguard Short-Term Investment Grade Inst | A | Interest | K | | T | | | |
| 79 | -Vanguard Intermediate-Term Investment-Grade Admiral | A | Interest | K | | T | | | |
| 80 | -Retire Savings Trust III | A | Interest | K | | T | | | |
| 81 | -Vanguard Emerging Mkts Stk Idx Inst | A | Dividend | K | | T | | | |
| 82 | -Vanguard Explorer Fund Admiral | C | Dividend | K | | T | | | |
| 83 | University of Wisconsin TIAA CREF 403(b) Retirement Plan | | | | | | | | |
| 84 | -CREF Stock | | None | K | | T | | | |
| 85 | -CREF Growth | | None | K | | T | | | |
| 86 | -CREF Global Equities | | None | K | | T | | | |
| 87 | -CREF Bond Market | | None | K | | T | | | |
| 88 | -CREF Social Choice | | None | K | | T | | | |
| 89 | Wisconsin Deferred Compensation 457 Retirement Plan | | | | | | | | |
| 90 | -American Funds EuroPacific Growth R6 | | None | K | | T | | | |
| 91 | -DFA US Micro Cap I | A | Dividend | K | | T | | | |
| 92 | -T. Rowe Price Instl Mid-Cap Equity Gr | | None | K | | T | | | |
| 93 | -Fidelity Contrafund | A | Dividend | K | | T | | | |
| 94 | -Vanguard Institutional Index Instl Pl | A | Dividend | K | | T | | | |
| 95 | -BlackRock US Debt Index Fund Coll W | A | Interest | J | | T | | | |
| 96 | -Stable Value Fund | A | Interest | J | | T | | | |
| 97 | -Federated US Government Securities 2-5yr | A | Interest | J | | T | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, David E. | 12/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, David E. | 12/15/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David E. Jones**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544